UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JAN BENSON SEGAL,**  §§§§<br>    Plaintiff,  §§<br>v.  §§<br>    §  Case No. 0:11-cv-60246-AJ<br>**Auto Gas, Inc.,**  §§§<br>    Defendant.  §§ | |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff JAN BENSON SEGAL ("Plaintiff") and Defendant, AUTOGAS, INC ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being re-filed.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims.

| | |
|---|---|
| By: /s/ Jacob Segal<br>JACOB E. SEGAL, ESQ.<br>Florida Bar No.: 191371<br>THE SEGAL LAW FIRM<br>2131 Hollywood Blvd, #208<br>Hollywood, Florida, 33019<br>Telephone: (954) 920-9910<br>Facsimile: (954) 920-1290<br>E-Mail: jsegal@thesegalfirm.com<br>ATTORNEYS FOR PLAINTIFF<br>JAN SEGAL | By: /s/ Ian J. Kukoff<br>Ian J. Kukoff<br>Fla. Bar No.: 827126<br>Blaxberg, Grayson & Kukoff, &<br>Twombly, P.A.<br>25 Southeast Second Avenue, Suite 730<br>Miami, Florida 33131<br>Telephone: (305) 381-7979<br>Facsimile: (305) 371-6816<br>ATTORNEYS FOR DEFENDANT<br>AUTOGAS, INC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5 day of May 2011, the foregoing document has been served on Defendant's counsel of record by electronic filing:

By: /s/ Jacob Segal
JACOB E. SEGAL, ESQ.
Florida Bar No.: 191371
THE SEGAL LAW FIRM
2131 Hollywood Blvd, #208
Hollywood, Florida, 33019
Telephone: (954) 920-9910
Facsimile: (954) 920-1290